IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| AVIAN PATTERSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:23-CV-00242-MTT |
| | : | Hon. Mark T. Treadwell |
| LIVE OAK FINANCIAL, INC. | : | |
| d/b/a CBV COLLECTIONS ALBANY, | : | |
| | : | |
| Defendant. | : | |

## JOINT STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Live Oak Financial, Inc. d/b/a CBV Collections Albany, shall be, and is hereby, dismissed without prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

This the 19th day of November, 2024.

| | |
|---|---|
| **BERRY & ASSOCIATES** | **GARDNER WILLIS PLAIRE & WILSON** |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| /s/ Matthew T. Berry | /s/ Smith N. Wilson |
| Matthew T. Berry | Smith N. Wilson |
| 2751 Buford Highway, Suite 600 | 1115 W. 3rd Avenue |
| Atlanta, GA 30324 | Albany, GA 31707 |
| 404-235-3334 | 229-883-2441 |
| matt@mattberry.com | smith.wilson@gwpwlaw.com |

**SO ORDERED:**

_____
Judge Mark T. Treadwell
U.S. District Court, Middle District of Georgia